THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH H. STOPPANI, Appellant.

People v. *Stoppani*, 179 App. Div. 939, affirmed.
(Submitted January 21, 1918; decided February 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 31, 1917, which affirmed a judgment of the court at a Trial Term rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Peter P. Smith* for appellant.

*Harry E. Lewis, District Attorney* (*Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.